# Third District Court of Appeal
## State of Florida

Opinion filed July 9, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1764
Lower Tribunal No. 18-21474-FC-04
_____

**Milagritos Monterrey Castro**,
Appellant,

vs.

**Claudio Noblecilla**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Milagritos Monterrey Castro, in proper person.

Claudio Noblecilla, in proper person.

Before SCALES, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.